No. 77–6974. BOALBEY *v.* NORRIS ET UX. C. A. 7th Cir. Certiorari denied.

No. 77–6975. HARVEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6976. ALLEGREZZA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6978. KNEE *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied. 

No. 77–6980. WILSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–6981. SEYMOUR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6982. ROSSI *v.* UNITED STATES; and
No. 78–5011. DUBOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 573 F. 2d 1316.

No. 77–6983. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6984. KALEC *v.* DELLINGER, PROSECUTOR OF WHITE COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–6985. DOLEN *v.* NEW HAMPSHIRE. C. A. 1st Cir. Certiorari denied.

No. 77–6986. RANSIER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–6987. ROYA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–6990. MAYE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–6991. HOWARD *v.* SANDOCK ET AL. C. A. 5th Cir. Certiorari denied.